United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 7, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-41208
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAIME ALVAR CARVAJAL,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:03-CR-109-4
--------------------

Before HIGGINBOTHAM, DAVIS and PRADO, Circuit Judges.

PER CURIAM:[*]

Jaime Alvar Carvajal appeals from an order of the district court affirming the magistrate judge's pretrial detention order. The district court's decision rests upon its conclusion that Carvajal has not rebutted the presumption that no condition or combination of conditions will reasonably assure the safety of the community if Carvajal is released. 18 U.S.C. § 3142 (e) & (f). Analysis of the factors set forth in 18 U.S.C. § 3142(g) indicates that the district court's conclusions are supported by

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the record.  See United States v. Rueben, 974 F.2d 580, 586 (5th

Cir. 1992).

AFFIRMED.